# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 20-CR-0718-W-1 |
| Plaintiff, | |
| v. | ORDER GRANTING JOINT MOTION TO CONTINUE STATUS HEARING |
| PEDRO LUIS ORTEGA | |
| Defendant. | |

Upon joint motion of the parties, **IT IS HEREBY ORDERED** that Mr. Ortega's Status Hearing, currently scheduled for August 17, 2020, be rescheduled to *October 5, 2020 at 9:00 a.m.*

**IT IS FURTHER ORDERED** that the time between motion hearing/trial setting dates is excludable under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv).

**SO ORDERED.**

DATED:  8/11/20

HON. THOMAS J. WHELAN
United States District Court Judge